

# NUMBER 13-19-00284-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

KATRINA ANNE FREITAG,                                    Appellant,

v.

TYSON INSULATION COMPANY, INC.,
AND TYSON MILLER,                                        Appellees.

---

### On appeal from the 347th District Court
### of Nueces County, Texas.

---

# MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Hinojosa and Tijerina
### Memorandum Opinion by Justice Hinojosa

Appellant Katrina Anne Freitag attempted to appeal from a judgment rendered in cause number 2017DCV-3538-H of the 347th District Court of Nueces County, Texas. She filed her notice of appeal on June 12, 2019. That same day, the Clerk of the Court notified appellant that her notice of appeal was defective in several respects and

requested correction of the defects, if it could be done, within thirty days.   The Court also requested payment of the $205.00 filing fee within ten days.   Appellant did not respond to either directive.

On July 15, 2019, the Clerk again advised appellant that the notice of appeal was defective and requested correction of the defects within fifteen days.   That same day, the Clerk of this Court notified appellant that she was delinquent in remitting the filing fee for the notice of appeal and advised her, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss this appeal unless the $205.00 filing fee was paid within ten days.   *See* TEX. R. APP. P. 42.3(c).

On July 18, 2019, appellant filed an amended notice of appeal which corrected some, but not all, of the identified defects in the notice of appeal.   To date, appellant has not paid the filing fee for the appeal.   *See* TEX. R. APP. P. 5, 12.1(b).

The Court, having considered the documents on file, appellant's failure to correct each of the defects in her notice of appeal, and her failure to pay the filing fee, is of the opinion that the appeal should be dismissed.   *See id.* 42.3(b),(c).   Accordingly, the appeal is DISMISSED for want of prosecution.   We dismiss as moot the "Motion to Dismiss Appeal for Want of Jurisdiction and Motion to Strike Amended Notice of Appeal" filed by appellees Tyson Insulation Company, Inc. and Tyson Miller.

LETICIA HINOJOSA
Justice

Delivered and filed the
5th day of September, 2019.

2